15-20383

2015 APR 20 AM 11:16

DISTRICT OF UTAH
MAIL

## Invoice 144712

**MILLER GAS CO., INC.**
1420 WEST MAIN
TREMONTON, UTAH 84337
TELEPHONE (435) 257-5107
TOLL FREE 1-800-584-6956
24 HR. EMERGENCY RESPONSE
(435) 730-4555 • (435) 730-3012
EMERGENCY ONLY
800-633-8253

CASH SALE: — CREDIT SALE: ✓ RET'D SALE: — APPLY TO ACCOUNT: —
DATE: 1-8-15
INVOICE NUMBER: 144712
CUSTOMER NUMBER: 121

SOLD TO: Cooper Welo
DELIVERY ADDRESS: Cooper Welo
ACTUAL POINT OF DELIVERY: Bill Howe

| PRODUCT | DRUM/CASES NO. SIZE | GALLONS | PRICE | TAX FED | TAX STATE | TOTAL | AMOUNT |
|---|---|---|---|---|---|---|---|
| UN 1203 E-10 REGULAR UNLEADED GAS | | | | | | | |
| UN 1203 E-10 PLUS UNLEADED GAS | | | | | | | |
| UN 1203 E-10 SUPER UNLEADED GAS | | | | | | | |
| COMBUSTIBLE LIQUID NA 1993 DIESEL 15-ppm sulfur ULSD #2 | | | | | | | |
| COMBUSTIBLE LIQUID NA 1993 DIESEL 15-ppm sulfur DYED ULSD #2 | | | | | | | |
| COMBUSTIBLE LIQUID NA 1993 DIESEL 15-ppm sulfur DYED ULSD #1 | | | | | | | |
| BIO-DIESEL | | 9 | | | | 5 | |
| UN 1075 LIQUIFIED PETROLEUM GAS FLAMMABLE | | 228 | | | | 154 | 354 57 |

E-10 CONTAINS UP TO 10% ETHANOL. RVP DOES NOT EXCEED 1.0 PSI.
DYED DIESEL FUEL - NON TAXABLE USE ONLY
PENALTY FOR TAXABLE USE

Start -40
End -85

| PRODUCT | DRUM/CASES NO. SIZE | QUANTITY | PRICE |
|---|---|---|---|
| DRUM DEPOSIT | | | |
| SALES TAX | | | |
| HEAT TAX | | | 11 52 |

TOTAL AMOUNT TO BE PAID OR RECEIVED BY CUSTOMER: **366 09**

TERMS: Net-No DISCOUNT. Due on or before 10th of the month following purchase. A FINANCE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged to past due accounts. Accounts are due and payable 10th of month following purchase. If collection becomes necessary by suit or otherwise, I agree to pay all costs of collection including a reasonable Attorney's Fee. The interest rate is charged prior to and post judicial judgment periods.

---

## Invoice 144711

**MILLER GAS CO., INC.**
1420 WEST MAIN
TREMONTON, UTAH 84337
TELEPHONE (435) 257-5107
TOLL FREE 1-800-584-6956
24 HR. EMERGENCY RESPONSE
(435) 730-4555 • (435) 730-3012
EMERGENCY ONLY
800-633-8253

CASH SALE: — CREDIT SALE: ✓ RET'D SALE: — APPLY TO ACCOUNT: —
DATE: 1-8-15
INVOICE NUMBER: 144711
CUSTOMER NUMBER: 121

SOLD TO: Cooper Welo
DELIVERY ADDRESS: Cooper Welo
ACTUAL POINT OF DELIVERY: Bear Creek Outfitters

| PRODUCT | DRUM/CASES NO. SIZE | GALLONS | PRICE | TAX FED | TAX STATE | TOTAL | AMOUNT |
|---|---|---|---|---|---|---|---|
| UN 1203 E-10 REGULAR UNLEADED GAS | | | | | | | |
| UN 1203 E-10 PLUS UNLEADED GAS | | | | | | | |
| UN 1203 E-10 SUPER UNLEADED GAS | | | | | | | |
| COMBUSTIBLE LIQUID NA 1993 DIESEL 15-ppm sulfur ULSD #2 | | | | | | | |
| COMBUSTIBLE LIQUID NA 1993 DIESEL 15-ppm sulfur DYED ULSD #2 | | | | | | | |
| COMBUSTIBLE LIQUID NA 1993 DIESEL 15-ppm sulfur DYED ULSD #1 | | | | | | | |
| BIO-DIESEL | | 4 | | | | 9 | |
| UN 1075 LIQUIFIED PETROLEUM GAS FLAMMABLE | | 321 | | | | 154 | 497 85 |

E-10 CONTAINS UP TO 10% ETHANOL. RVP DOES NOT EXCEED 1.0 PSI.
DYED DIESEL FUEL - NON TAXABLE USE ONLY
PENALTY FOR TAXABLE USE

Start -00-25
End -85

| PRODUCT | DRUM/CASES NO. SIZE | QUANTITY | PRICE |
|---|---|---|---|
| DRUM DEPOSIT | | | |
| SALES TAX | | | 29 87 |
| HEAT TAX | | | |

TOTAL AMOUNT TO BE PAID OR RECEIVED BY CUSTOMER: **527 72**

TERMS: Net-No DISCOUNT. Due on or before 10th of the month following purchase. A FINANCE CHARGE of 2% per month which is an ANNUAL PERCENTAGE RATE of 24% will be charged to past due accounts. Accounts are due and payable 10th of month following purchase. If collection becomes necessary by suit or otherwise, I agree to pay all costs of collection including a reasonable Attorney's Fee. The interest rate is charged prior to and post judicial judgment periods.

FORM RAB9F (Ch 11 Corp/Partnership Asset Cs) (12/12)     Case Number 15-20383

# UNITED STATES BANKRUPTCY COURT
## District of Utah

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on 1/20/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Creditors — Do not file this notice in connection with any proof of claim you submit to the court.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Camperworld Business Trust
dba Camperworld
411 West 7200 South, Suite 300
Midvale, UT 84047

| Case Number: | Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 15-20383 WTT | 87-0334474 |

Attorney for Debtor(s) (name and address):
Matthew M. Boley
Parsons Kinghorn Harris
111 E. Broadway
11th Floor
Salt Lake City, UT 84111
Telephone number: (801) 363-4300

### Meeting of Creditors
Date: **February 25, 2015**      Time: **10:00 AM**
Location: **405 South Main Street, Suite 250, Salt Lake City, UT 84111**

### Deadlines to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **5/26/15**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1): **7/20/15**

A Proof of Claim form may be obtained from any U.S. Bankruptcy Court nationwide or via the court's website at www.utb.uscourts.gov

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524-6687 | Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open: 8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date: 1/30/15 |

### Online Information
Case information is avaliable at no charge on our Voice Case Information System (VCIS). Call 1-866-222-8029 #85 with your touch-tone telephone. Case information is also available on the Internet using our PACER service for a $.10/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

Matthew M. Boley, Esq. (8536)
Benjamin J. Kotter, Esq. (9592)
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Email: mboley@cohnekinghorn.com
       bkotter@cohnekinghorn.com

2015 APR 20 AM 11: 16

DISTRICT OF UTAH
MAIL

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 15-20383 |
|---|---|
| **CAMPERWORLD BUSINESS TRUST,** | Chapter 11 |
| Debtor. | Honorable William T. Thurman |

### NOTICE OF DEBTOR'S MOTION FOR ORDER LIMITING NOTICE AND ESTABLISHING NOTICE PROCEDURES AND NOTICE OF HEARING

**(Objection Deadline: March 20, 2015)**
**(Hearing Date: March 31, 2015 at 11:00 a.m.)**

PLEASE TAKE NOTICE that debtor CAMPERWORLD BUSINESS TRUST (the "**Debtor**") filed with the United States Bankruptcy Court for the District of Utah (the "**Court**") in the above-captioned bankruptcy case (the "**Case**") *Debtor's Motion for Order Limiting Notice and Establishing Notice Procedures* (the "**Motion**").

The Motion is on file with the Bankruptcy Court at the address stated below, and may be reviewed during regular business hours. Copies also may be obtained by sending a written request to Benjamin Kotter: by mail to the address stated above; by e-mail to bkotter@cohnekinghorn.com; or by facsimile to 801.363.4378.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Summary of the Relief Requested in the Motion. The Debtor is asking the Court to enter an order limiting notice and establishing notice procedures in the Case. The purpose of the Motion is to reduce the substantial administrative burden and expense of serving all applications, motions, notices and other filings in the Case ("**Filings**") upon all of the thousands of persons listed on the official mailing matrix. The Motion proposes the following noticing procedures:

- All Filings will be served upon (1) persons have a direct and personal interest in the subject of the Filing, and (2) the following persons and/or entities (the "**Master Service List**"): (a) Counsel to the Debtor; (b) the Debtor, (c) the United States Trustee; (d) the twenty (20) largest creditors or, if a creditors' committee is appointed, the members of the committee or, if the committee retains counsel, counsel for the committee; (e) all attorneys who enter an appearance in the Case; (f) all secured creditors; (g) all applicable federal, state or local taxing authorities; and (g) any creditor or party in interest filing with the Court a request for notice or providing a written request for notices to the Debtor's counsel.
- The individuals and entities identified on the Master Service List should be served by electronic notice only. All persons or entities on the Master Service List must either (a) be able to receive papers electronically as they are filed with the Court through the Court's CM/ECF system or (b) must provide to Debtor's counsel an email address for such service which email address is to be added to the Master Service List by counsel for the Debtor. Persons who demonstrate an inability to receive notice by e-mail may be served via facsimile or, if also unable to receive notice by facsimile, by First Class Mail.
- To be added to the Master Service List, persons must file with the Court or deliver to Debtor's counsel a written request designating an e-mail address (or, if applicable, a fax number or valid mailing address) for service of all notices and pleadings in the Case.
- Debtor's counsel shall maintain the Master Service List and shall provide it upon request.

{00205881.DOCX / 2}