Mathew M. Boley (8536)
Steven C. Strong (6340)
Benjamin J. Kotter (9592)
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
Email: mboley@cohnekinghorn.com
      sstrong@cohnekinghorn.com
      bkotter@cohnekinghorn.com

*Attorneys for* debtor-in-possession
CAMPERWOLRD BUSINESS TRUST

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy Case No. 15-20383 |
|---|---|
| **CAMPERWORLD BUSINESS TRUST**, | Chapter 11 |
| Debtor. | Honorable William T. Thurman |

### NOTICE OF WITHDRAWAL OF COUNSEL

Benjamin J. Kotter, of the law firm Cohne Kinghorn, P.C., hereby gives notice of his withdrawal as counsel for Camperworld Business Trust (the "Debtor") in the above-captioned bankruptcy case. The Debtor will continue to be represented by in the above-captioned case by Matthew M. Boley, Steven C. Strong and the law firm of Cohne Kinghorn, P.C.

DATED this 29th day of December, 2015.

        **COHNE KINGHORN, P.C.**

        _/s/ Benjamin J. Kotter_
        Matthew M. Boley
        Steven C. Strong
        Benjamin J. Kotter
          *Attorneys for Camperworld Business Trust*

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2015, I electronically filed the *Notice of Withdrawal of Counsel* with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- **Matthew M. Boley**   mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com
- **John W. Call**   attorneys@ncvlaw.com, john@ncvlaw.com
- **Laurie A. Cayton tr**   laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Benjamin J. Kotter**   bkotter@cohnekinghorn.com, jdannenmueller@cohnekinghorn.com
- **Peter J. Kuhn tr**   Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **David H. Leigh**   dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- **David L. Pinkston**   bankruptcy_dlp@scmlaw.com
- **Quinn A. Sperry**   Quinn@morrissperry.com, sydney@morrissperry.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
- **David T X11Berry**   bt209@berrytripp.com

           */s/ Benjamin J. Kotter*